**DOUG GRIFFITH, SBN 185333**
doug.griffith@fitzhunt.com
**RACHEL S. STERN, SBN 347022**
rachel.stern@fitzhunt.com
**FITZPATRICK, HUNT & PAGANO, LLP**
633 West Fifth Street, 60th Floor
Los Angeles, CA 90071
Tel.: (213) 873-2100

Attorneys for Defendant,
ASTRONAUTICS CORPORATION OF AMERICA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### (Southern Division)

| | |
|---|---|
| RJ GARWOOD, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> MACD HELICOPTERS, INC., an Arizona Corporation; ASTRONAUTICS CORPORATION OF AMERICA, a Wisconsin Corporation; and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO. 8:24-cv-00612 JVS (ADSx) <br><br> **DEFENDANT ASTRONAUTICS CORPORATION OF AMERICA'S NOTICE OF RELATED ACTION** |

Defendant Astronautics Corporation of America ("Astronautics"), by and through undersigned counsel, pursuant to Central District of California Local Rule Local Rule 83-1.3, hereby files this Notice of Related Action, and states the following matter is related and similar to the instant case:

*Dylan Vella, an individual, by and through her Conservator, John Vella, Sr.; Dristi Cameron Tovar, an individual v. MacD Helicopters, Inc., an Arizona Corporation; Astronautics Corporation of America, a Wisconsin Corporation; and Does 1 through 100, inclusive*, Case No.

8:24-cv-00620-DOC (JDEx), in and for the United States District Court for the Central District of California – Southern Division.

These two cases arise out of the same event, a helicopter crash in the water off of Newport Beach, California.

DATED: March 28, 2024   FITZPATRICK, HUNT & PAGANO, LLP

By: _____
Doug Griffith
Rachel S. Stern
Attorneys for Defendant
Astronautics Corporation of America

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of March 2024, a copy of the foregoing document was electronically filed with the Clerk of the Court at USDC, Central District of California, using CM/ECF system, which will send notification of such filing to all parties in this action.

_____
Martha L. Rodriguez